**FILED**
January 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GREGORY JOHN ROJAS, )<br>)<br>Defendant. ) | Case No. 2:17-mj-00015-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, GREGORY JOHN ROJAS, Case No. 2:17-mj-00015-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on previously imposed supervised release conditions.

_____   Bail Posted in the Sum of: $

   _____   Co-Signed Unsecured Appearance Bond

   _____   Secured Appearance Bond

   __X__   (Other) <u>Conditions as stated on the record.</u>

   __X__   (Other) <u>The Defendant is ordered to appear at the Probation Office for the District Court of Guam on 2/16/2017.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/25/2017_ at _2:50 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge